UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIGUEIRA DE AGUIAR MENESES BORGES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | CASE NO. C25-2620JLR<br><br>ORDER |

Before the court is Defendants' motion to dismiss *pro se* Plaintiff Sara Lilia Figueria De Aguiar Meneses Borges's complaint and Ms. Borges's amended complaint. (MTD (Dkt. # 11); Am. Compl. (Dkt. # 12).)  In general, an amended pleading supersedes an original pleading and renders the original pleading without legal effect. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  As a result, courts routinely deem a motion to dismiss moot when the opposing party timely files an amended complaint instead of an opposition brief.  *See id.*

ORDER - 1

Here, Ms. Borges filed her original complaint for writ of mandamus on December 19, 2025. (Compl. (Dkt. # 1).) Defendants moved to dismiss the complaint on March 11, 2026. (MTD.) Ms. Borges filed her amended complaint the next day. (Am. Compl.) Because Ms. Borges filed her amended complaint fewer than 21 days after Defendants filed their motion to dismiss, its filing was timely, and Defendants' motion is moot. *See* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend its pleading once as a matter of course no later than 21 days after service of a motion under Rule 12(b), (e), or (f)). Accordingly, the court DENIES Defendants' motion to dismiss (Dkt. # 11) without prejudice to renewing their motion based on Ms. Borges's amended complaint.

Dated this 17th day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2