UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIGUEIRA DE AGUIAR MENESES BORGES, et al., | CASE NO. C25-2620JLR |
| Plaintiffs, | ORDER |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Defendants. | |

Before the court are (1) *pro se* Plaintiffs Sara Lilia Figueria De Aguiar Meneses Borges and Selinica Harbinger's (together, "Plaintiffs") motion for a preliminary injunction (MPI (Dkt. # 18)); and (2) Defendants'[1] combined motion to dismiss

---

[1] Defendants are Secretary of the United States Department of Homeland Security ("DHS") Markwayne Mullin; Director of United States Citizenship and Immigration Services ("USCIS") Joseph B. Edlow; USCIS; USCIS Seattle Field Office Director Jonathan Weeks; Acting United States Attorney General Todd Blanche; and the United States of America.  (Am. Compl. ¶¶ 8-14); *see* Fed. R. Civ. P. 25(d) (automatically substituting as defendant the successor of a public officer who is named in an official capacity but ceases to hold office while the action is pending).

ORDER - 1

Plaintiffs' amended complaint and opposition to Plaintiffs' motion for a preliminary injunction (MTD (Dkt. # 19)).  Each party opposes the other's motion, and the parties addressed both motions in their subsequent briefing.  (*See* Pls. MTD Resp. (Dkt. # 21); Pls. MPI Reply (Dkt. # 22); Defs. MTD Reply (Dkt. # 23); *see also* Am. Compl. (Dkt. # 12)).)

In their reply in support of their motion for a preliminary injunction, Plaintiffs ask the court to defer ruling on the pending motions until after Plaintiffs attend their scheduled interview with USCIS on April 29, 2026, because the results of that interview may change the procedural posture of this case.  (Pls. MPI Reply at 8; *see* Pls. MTD Resp., Ex. B (scheduling an April 29, 2026 interview regarding the I-130 petition for alien relative that Ms. Harbinger filed on Ms. Borges's behalf); Cortolillo Decl. (Dkt. # 20) ¶ 14 (stating that the interview has been scheduled).)

In the interest of judicial efficiency, the court GRANTS Plaintiffs' request and DEFERS ruling on the pending motions (Dkt. ## 18-19).  The parties shall file a joint report regarding the results of Plaintiffs' April 29, 2026 interview and its effect, if any, on Plaintiffs' I-130 and I-485 petitions by no later than **May 15, 2026**.  The Clerk is DIRECTED to renote the pending motions (Dkt. ## 18-19) for **May 15, 2026**.

Dated this 9th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2