UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FIGUEIRA DE AGUIAR MENESES BORGES, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

CASE NO. C25-2620JLR

ORDER

Before the court are (1) *pro se* Plaintiffs Sara Lilia Figueria De Aguiar Meneses Borges and Selinica Harbinger's (together, "Plaintiffs") motion for a preliminary injunction (MPI (Dkt. # 18)); (2) Defendants'[1] combined motion to dismiss Plaintiffs'

[1] Defendants are Secretary of the United States Department of Homeland Security ("DHS") Markwayne Mullin; Director of United States Citizenship and Immigration Services ("USCIS") Joseph B. Edlow; USCIS; USCIS Seattle Field Office Director Jonathan Weeks; Acting United States Attorney General Todd Blanche; and the United States of America. (Am. Compl. ¶¶ 8-14); *see* Fed. R. Civ. P. 25(d) (automatically substituting as defendant the successor of a public officer who is named in an official capacity but ceases to hold office while the action is pending).

amended complaint and opposition to Plaintiffs' motion for a preliminary injunction (MTD (Dkt. # 19)); and (3) the parties' May 15, 2026 joint status report filed in response to the court's April 9, 2026 order (JSR (Dkt. # 15); 4/9/26 Order (Dkt. # 24)). The parties inform the court that USCIS conducted an adjustment of status interview with Plaintiffs on April 29, 2026. (JSR at 1.) Plaintiffs ask the court to retain jurisdiction over this action pending the adjudication of their I-130 and I-485 applications. (*Id.* at 2.) USCIS represents that it will adjudicate Plaintiffs' applications within seven days of the filing of the May 15, 2026 status report. (*Id.*) Accordingly, the court ORDERS the parties to file, by no later than **May 29, 2026**, a joint report regarding the status of USCIS's adjudication of Plaintiffs' applications. The Clerk is DIRECTED to renote the pending motions (Dkt. ## 18-19) for **May 29, 2026**.

Dated this 20th day of May, 2026.

JAMES L. ROBART
United States District Judge