District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA LILIA FIGUEIRA DE AGUIAR
MENESES BORGES, *et al.,*

                              Plaintiffs,

    v.

MARKWAYNE MULLIN, *et al.,*

                              Defendants.

Case No. 2:25-cv-02620-JLR

STIPULATED MOTION TO DISMISS
AND [~~PROPOSED~~] ORDER

Noted for Consideration:
May 22, 2026

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Plaintiffs' brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the Form I-485, and this case is now moot.

//

//

//

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
[Case No. 2:25-cv-02620-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

DATED this 22nd day of May, 2026.

Respectfully submitted,

_s/ Kayla C. Stahman_
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  kayla.stahman@udsdoj.gov

_Attorneys for Defendants_

_I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules._

_Please see PDF for Plaintiff's Signature_
Sara Lilia Figueira De Aguiar Meneses Borges, _Pro Se_ Plaintiff
1212 Harrison St Unit 504
Seattle, WA 98109
Phone: (646) 833-8403
Email:  sara@bytenix.net

_Please see PDF for Plaintiff's Signature_
Selinica Harbinger, _Pro Se_ Plaintiff
1212 Harrison St Unit 504
Seattle, WA 98109
Phone: (760) 914-4918
Email: selinica.harbinger@gmail.com

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
[Case No. 2:25-cv-02620-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

### [~~PROPOSED~~] ORDER

The case is dismissed without prejudice. It is so **ORDERED.**

DATED this 26th day of May, 2026.

_____

JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
[Case No. 2:25-cv-02620-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970